# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| KATINA MARTIN, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 5:16-cv-02018-SL |
| REGIONAL ACCEPTANCE CORPORATION, | ) |
| Defendant. | ) |
| | ) |

## STIPULATION OF DISMISSAL

TO THE CLERK:

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

| | |
|---|---|
| */s/ Dustin B. Rawlin* | */s/ Amy L. Bennecoff Ginsburg* |
| Dustin B. Rawlin, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Tucker Ellis LLP | Kimmel & Silverman, P.C. |
| 950 Main Ave., Suite 1100 | 30 East Butler Pike |
| Cleveland, OH 44113 | Ambler, PA 19002 |
| Phone: 216-592-5000 | Phone: 215-540-8888 |
| Fax: 216-592-5009 | Fax: 877-788-2864 |
| Email: drawlin@tuckerellis.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for Plaintiff |
| Date: July 12, 2017 | Date: July 12, 2017 |

BY THE COURT:

_____
J.

**Error! Unknown document property name.**

## Certificate of Service

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 12th day of July, 2017:

Alan D. Wingfield, Esq
Virginia Bell Flynn, Esq.
Troutman Sanders - Richmond
1001 Haxall Point
Richmond, VA 23219
804-697-1350
Fax: 804-698-5172
Email: alan.wingfield@troutmansanders.com
Email: virginia.flynn@troutmansanders.com

Dustin B. Rawlin, Esq.
Stephanie A. Rzepka, Esq.
Tucker Ellis - Cleveland
Ste. 1100
950 Main Avenue
Cleveland, OH 44113
216-696-4393
Fax: 216-592-5009
Email: drawlin@tuckerellis.com
Email: stephanie.rzepka@tuckerellis.com
Attorneys for the Defendant

                                                  */s/ Amy L. Bennecoff Ginsburg*
                                                  Amy L Bennecoff Ginsburg, Esq.

**Error! Unknown document property name.**